IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER MCFARLAND,

    Plaintiff,

  v.

COUNTY OF MARIN, JUSTIN ZEBB, ERIN MITTENTHAL, and DOES 1–50, inclusive,

    Defendants.

No. C 10-03862 WHA

**CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER**

    The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . ."

Dated: January 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE