| | |
|---|---|
| RENEE GIACOMINI BREWER (SBN173012)<br>Marin County Counsel<br>3501 Civic Center Drive, Room 275<br>San Rafael, CA 94903<br>Telephone: (415) 499-6117<br>Facsimile: (415) 499-3796<br>rbrewer@co.marin.ca.us | CHARLES M. LOUDERBACK (SBN 88788)<br>Ongaro, Burtt & Louderback LLP<br>595 Market Street, Suite 610<br>San Francisco, CA 94105<br>Telephone: (415) 439-8347<br>Facsimile: (415) 433-3950<br>clouderback@obllaw.com |
| Attorneys for Defendants COUNTY OF MARIN, ERIN MITTENTHAL | Attorneys for Defendant JUSTIN ZEBB |
| JOHN HOUSTON SCOTT (SBN 72578)<br>Scott Law Firm<br>1388 Sutter Street, Suite 715<br>San Francisco, CA 94109<br>Telephone: (415) 561-9601<br>Facsimile: (415) 561-9609<br>john@scottlawfirm.net | ETHAN BALOGH (SBN 172224)<br>Coleman & Balogh LLP<br>225 Bush Street, Suite 1600<br>San Francisco, CA 94104<br>Telephone: (415) 439-8347<br>Facsimile: (415) 373-3901<br>eab@colemanbalogh.com |

Attorneys for Plaintiff
PETER M. MCFARLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER MCFARLAND,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, JUSTIN ZEBB, ERIN MITTENTHAL, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: CV 10 3862 WHA (JCS)<br><br>STIPULATION AND ORDER REQUESTING CHANGE OF SETTLEMENT CONFERENCE DATE |

By this pleading, Plaintiff Peter McFarland and Defendants County of Marin, Justin Zebb, and Erin Mittenthal, by and through their respective counsel, hereby stipulate and agree that the Settlement Conference currently scheduled for February 28, 2011, be continued to a date of March 28, 2011 at 9:30 a.m., or a date so ordered by the Court after March 25, 2011 (with the exception of April 4, 2011.) The reasons for the rescheduling are (1) Plaintiff's Counsel are not available on February 28, 2011 due to trial

commitments, and (2) the deposition of defendant Justin Zebb, which deposition Plaintiff maintains is critical before he is in a position to participate meaningfully in any settlement discussions, will not be completed before February 28, 2011.

IT IS SO STIPULATED.

Dated:  February 3, 2011                **Coleman & Balogh LLP**
                                        **Scott Law Firm**

                                        By: _____-s-_____
                                        ETHAN BALOGH
                                        Attorneys for Plaintiff

Dated:  February 3, 2011                **County Counsel of Marin County**

                                        By: _____-s-_____
                                        RENEE GIACOMINI BREWER
                                        Attorneys for Defendants County of Marin and
                                        Erin Mittenthal

Dated:  February 3, 2011                **Ongaro Burtt & Louderback LLP**

                                        By: _____-s-_____
                                        CHARLES M. LOUDERBACK
                                        Attorneys for Defendant Justin Zebb

## [~~PROPOSED~~] ORDER

Based on the foregoing Stipulation and for good cause shown, the Court hereby accepts the Parties' Stipulation and ORDERS the Settlement Conference for ~~March 28~~, April 21, 2011 at 9:30 a.m. The settlement conference statements shall be due by April 7, 2011.

IT IS SO ORDERED AS MODIFIED.

 /s/ Joseph C. Spero
_____
THE HONORABLE MAGSTRATE JOSEPH C. SPERO

Dated: February 8, 2011