RENEE GIACOMINI BREWER (SBN173012)
Marin County Counsel
3501 Civic Center Drive, Room 275
San Rafael, CA  94903
Facsimile: (415) 499-3796
rbrewer@co.marin.ca.us

Attorneys for Defendants COUNTY OF MARIN, ERIN MITTENTHAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER MCFARLAND,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF MARIN, JUSTIN ZEBB, ERIN MITTENTHAL, and DOES 1-50, inclusive,<br><br>          Defendants. | Case No.: CV 10 3862 WHA (JCS)<br><br>(~~PROPOSED~~) ORDER GRANTING RELIEF FROM SETTLEMENT CONFERENCE ORDER |

Based on substantial hardship, the Court hereby excuses the personal appearance of Erin Mittenthal at the Settlement Conference on April 21, 2011.  Mittenthal shall be available by telephone.

IT IS SO ORDERED.

_____
THE HONORABLE MAGISTRATE JOSEPH C. SPERO

*[Signature stamp: IT IS SO ORDERED, Judge Joseph C. Spero, United States District Court, Northern District of California]*

(proposed) Order excusing personal appearance of Mittenthal
CV103863WHA (JCS)
4504245042.doc