JOHN HOUSTON SCOTT (SBN 72578)
LIZABETH NAN DE VRIES (SBN 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9601
Facsimile:  (415) 561-9609
john@scottlawfirm.net

ETHAN BALOGH (SBN 172224)
JAY A. NELSON (SBN 258431)
**COLEMAN & BALOGH LLP**
225 Bush Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 439-8347
Facsimile:  (415) 373-3901
eab@colemanbalogh.com

Attorneys for the Plaintiff,
PETER M. MCFARLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MCFARLAND,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF MARIN, JUSTIN ZEBB, ERIN MITTENTHAL, and DOES 1-50, inclusive.<br><br>        Defendants. | Case No.:  CV 10-3862 WHA<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release executed by and between the parties identified herein, the undersigned, counsel of record for plaintiff PETER MCFARLAND, and defendants COUNTY OF MARIN, JUSTIN ZEBB and ERIN MITTENTHAL, respectively, do hereby agree and stipulate that the above-captioned case be dismissed, in its entirety and with prejudice, as to all defendants.  Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: June 29, 2011                                     **SCOTT LAW FIRM**

                                                        By:     /s/ John H. Scott
                                                        JOHN HOUSTON SCOTT
                                                        Attorneys for Plaintiff


Dated: June 29, 2011                                     **MARIN COUNTY COUNSEL'S OFFICE**

                                                        By:     /s/ Renee G. Brewer
                                                        RENEE G. BREWER
                                                        Attorneys for Defendants
                                                        County of Marin and Erin
                                                        Mittenthal


Dated: June 29, 2011                                     **ONGARO BURTT & LOUDERBACK LLP**

                                                        By:     /s/ Charles Louderback
                                                        CHARLES M. LOUDERBACK
                                                        Attorneys for Defendant Justin
                                                        Zebb

**[PROPOSED] ORDER**

Pursuant to the parties' STIPULATION OF DISMISSAL set forth above, the Court hereby orders that:

1. The above-captioned case be dismissed, in its entirety and with prejudice.

2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: February 14, 2012.



William Alsup
UNITED STATES DISTRICT JUDGE

PURSUANT TO GENERAL ORDER 45,

I, John H. Scott, the ECF User transmitting and filing this **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE**, attest that I have obtained the concurrences of Renee Brewer and Charles Louderback on this filing. I declare the foregoing under the penalty of perjury.

DATED: June 29, 2011                                          **SCOTT LAW FIRM**

                                                              By:   /s/ John H. Scott
                                                              JOHN HOUSTON SCOTT
                                                              Attorneys for Plaintiff